JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Liberty Media Holdings, LLC ) | CV 12-3432-RSWL | |
| ) | | |
| Plaintiff, ) | **ORDER DISMISSING CASE** | |
| v. ) | | |
| John Doe, William Sy, ) | | |
| Defendants. ) | | |

On September 14, 2012, the Court ordered counsel to Show Cause why this action should not be dismissed for failure to file the proof of service of summons and complaint by September 28, 2012. To date, counsel has not complied with this order.

Accordingly, good cause appearing therefore, the Court hereby DISMISSES this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey an order of this Court. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: 10-3-12

RONALD S.W. LEW
HONORABLE RONALD S. W. LEW
Senior, U.S. District Court Judge

1